IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>RAPID METALS, LLC,<br><br>Debtor. | Case No. 23-46098<br><br>Hon. Maria L. Oxholm<br><br>Chapter 11 |
| NEWPOINT ADVISORS CORPORATION, Plan Administrator of the Estate of RAPID METALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GREENPOINT METALS, INC., a/k/a OHIO SLITTING AND STORAGE,<br><br>Defendant. | Adversary Pro. No. 2:24-ap-04222<br><br>Hon. Maria L. Oxholm |

## CERTIFICATE OF SERVICE

The undersigned attorney, Jeffrey C. Toole, certifies that on July 26, 2024, the Complaint in this adversary proceeding was filed electronically. Notice of the filing has been sent to all parties receiving electronic notice in this bankruptcy case via CM/ECF. Parties may access the filing through CM/ECF. Also, on July 31, 2024, copies of the Complaint, the Summons in an Adversary Proceeding, and this Certificate of Service were deposited in the U.S. Mail, first class postage prepaid, addressed to the following:

| | |
|---|---|
| Greenpoint Metals, Inc., a/k/a<br>Ohio Slitting and Storage<br>Attn: President/CEO/Highest Available Officer<br>301 Shotwell Drive<br>Franklin, Ohio 45005 | Greenpoint Metals, Inc., a/k/a<br>Ohio Slitting and Storage<br>c/o Greenpoint Metals, Inc. (Registered Agent),<br>7000 N. Main Street<br>Camden, Ohio 45311 |

| | |
|---|---|
| Greenpoint Metals, Inc., a/k/a<br>Ohio Slitting and Storage<br>Attn: President/CEO/Highest Available Officer<br>7000 North Main Street<br>Camden, Ohio 45311 | Greenpoint Metals, Inc., a/k/a<br>Ohio Slitting and Storage<br>c/o Acme Agent, Inc. (Registered Agent)<br>41 South High Street, Suite 2800<br>Columbus, Ohio 43215 |

Dated: July 31, 2024

BERNSTEIN-BURKLEY, P.C.

By:/s/ *Jeffrey C. Toole*
Jeffrey C. Toole, Esquire
jtoole@bernsteinlaw.com
OH ID No. 0064688
Robert S. Bernstein, Esquire
rbernstein@bernsteinlaw.com
PA ID No. 34308
600 Superior Avenue East
Fifth Third Building, Suite 1300
Cleveland, OH 44114
Telephone: (216) 294-4951
Facsimile: (412) 456-8135

*Counsel to the Plaintiff*

2

24-04222-mlo    Doc 4    Filed 07/31/24    Entered 07/31/24 11:28:07    Page 2 of 2